IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shannon Thompson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Equifax Information Services, LLC, et al.<br><br>　　　　Defendants. | No.: CV17-0268-PHX DGC<br><br>**ORDER** |

　　Pursuant to stipulation of the parties. Doc. 21.

　　IT IS **ORDERED that** the stipulation of the parties' (Doc. 21) is **granted.** Defendant Barclays Bank Delaware is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

　　Dated this 24th day of October, 2017.

_____
David G. Campbell
United States District Judge

1